Courtland L. Reichman, SBN 2668873
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1400; Fax: (650) 394-1422
creichman@mckoolsmith.com

Attorneys for Defendants
Eolas Technologies Incorporated
And the Regents of the
University of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. C. PENNEY CORPORATION, INC., | Case No. 5:13-cv-06003-HRL |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**; ORDER THEREON |
| EOLAS TECHNOLOGIES INCORPORATED; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendants. | |

Defendants Eolas Technologies Incorporated and the Regents of the University of California (collectively, "Defendants") and Plaintiff J. C. Penney Corporation, Inc. ("JCPenney") hereby stipulate, pursuant to Local Rule 6-1(a), to extend the deadline for Defendants to answer or otherwise respond to the Complaint by 14 days to February 7, 2014.

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained for the other signatories in this e-filed document.

1  DATED:  January 23, 2014              MCKOOL SMITH HENNIGAN, P.C.

3                                         By */s/ Courtland L. Reichman*
                                              Courtland L. Reichman

4                                         Attorneys for Defendants
                                          EOLAS TECHNOLOGIES INCORPORATED and
5                                         THE REGENTS OF THE UNIVERSITY

7  DATED:  January 23, 2014              J. C. PENNEY CORPORATION, INC.

8                                         By */s/ Derek B. Lipscombe*
                                              Derek B. Lipscombe

10                                        Attorneys for Plaintiff
                                          J. C. PENNY CORPORATION, INC.

13 PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 Dated:  January 23, 2014               _____
                                          MAXINE M. CHESNEY
16                                        United States District Judge

Case No. 5:13-cv-06003-HRL            2    STIPULATION TO EXTEND DEADLINE TO ANSWER
                                           OR OTHERWISE RESPOND TO THE COMPLAINT

McKool Smith Hennigan, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065