| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| 2 | Sasha G. Rao (SBN 244303)<br>sasha.rao@bingham.com |
| 3 | Brandon H. Stroy (SBN 289090)<br>brandon.stroy@bingham.com |
| 4 | 1117 S. California Avenue<br>Palo Alto, California  94304-1106 |
| 5 | Telephone:  650.849.4400 |
| 6 | Attorneys for Plaintiff<br>J.C. PENNEY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.C. PENNEY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EOLAS TECHNOLOGIES INCORPORATED; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>Defendants. | No. 3:13-CV-06003-MMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (D.I. 18)**; ORDER THEREON |

Pursuant to Local Rule 6-1(a), Plaintiff J.C. Penney Corporation and Defendants Eolas Technologies Incorporated and The Regents of the University of California, by their respective counsel, hereby agree and stipulate to extend the deadline for Plaintiff to file its Opposition to the Motion to Dismiss filed by Defendants in this action (D.I. 18) by a period of two weeks from February 21, 2014 until March 7, 2014.  The parties further acknowledge that the deadline for Defendants to file a Reply in support of their motion will be adjusted accordingly, to March 14, 2014.

1   Pursuant to Local Rule 5-1(i)(3) regarding signatures, I hereby attest that concurrent in the filing of this document has been obtained for the other signatories in this e-filed document.

DATED: February 14, 2014

          McKool Smith Hennigan, P.C.

By: /s/ *Courtland L. Reichman*
    Courtland L. Reichman
    Attorneys for Defendants
    EOLAS TECHNOLOGIES INCORPORATED AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: February 14, 2014

    Bingham McCutchen LLP

By: /s/ *Sasha G. Rao*
    Sasha G. Rao
    Attorneys for Plaintiff
    J.C. PENNEY CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED. Further, the hearing on the motion is hereby CONTINUED from March 21, 2014 to March 28, 2014.

Dated: February 18, 2014

          _____
          MAXINE M. CHESNEY
          United States District Judge