```
BINGHAM MCCUTCHEN LLP
Sasha G. Rao (SBN 244303)
sasha.rao@bingham.com
Brandon H. Stroy (SBN 289090)
brandon.stroy@bingham.com
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone: 650.849.4400

Attorneys for Plaintiff
J.C. PENNEY CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.C. PENNEY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EOLAS TECHNOLOGIES INCORPORATED; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>Defendants. | No. 3:13-CV-06003-MMC<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE** AND ORDER THEREON |

    Pursuant to Local Rule 6-2, Plaintiff J.C. Penney Corporation and Defendants Eolas Technologies Incorporated and The Regents of the University of California, by their respective counsel, hereby agree and stipulate to modify the hearing date for Defendants' Motion to Dismiss by a period of one week from March 28, 2014 until April 4, 2014.

    In view of the parties' Stipulation regarding deadlines for briefing of Defendants' Motion to Dismiss (D.I. 20), this Court continued the hearing on that Motion from March 21, 2014 to March 28, 2014. (D.I. 21). The parties respectfully request the Court to reschedule the hearing to April 4, 2014 due to Plaintiff's counsel's plans to attend the New York Intellectual Property Lawyers Association's 92nd Annual Dinner in Honor of the Federal Judiciary on March 28, 2014 in New York, NY.

1  This extension will not affect any other scheduled dates in this case.

2  Pursuant to Local Rule 5-1(i)(3) regarding signatures, I hereby attest that concurrence in
3  the filing of this document has been obtained for the other signatories in this e-filed document.

5  DATED: February 18, 2014

6                                              McKool Smith Hennigan, P.C.

8  By: /s/ *Courtland L. Reichman*
     Courtland L. Reichman
9       Attorneys for Defendants
     EOLAS TECHNOLOGIES
10      INCORPORATED AND THE REGENTS
     OF THE UNIVERSITY OF
11      CALIFORNIA

13 DATED: February 18, 2014

                                            Bingham McCutchen LLP

16 By: /s/ *Sasha G. Rao*
     Sasha G. Rao
     Attorneys for Plaintiff
17      J.C. PENNEY CORPORATION

21 PURSUANT TO STIPULATION, IT IS ORDERED that the hearing on Defendants' Motion to
22 Dismiss is continued from March 28, 2014 to April 4, 2014.

24 Dated: February 19, 2014

                                          MAXINE M. CHESNEY
                                          United States District Judge