IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C. PENNEY CORPORATION, | No. C 13-6003 MMC |
| Plaintiff, | **ORDER RE: CHAMBERS COPY** |
| v. | |
| EOLAS TECHNOLOGIES INCORPORATED; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendants. | |

The Court is in receipt of a chambers copy of defendants' Motion to Dismiss, filed February 7, 2014. The chambers copy is printed in double-sided format. To facilitate the Court's review of the instant matter, defendants are hereby DIRECTED to submit in single-sided format a chambers copy of the motion. See Civil L.R. 3-4(c) (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

**IT IS SO ORDERED.**

Dated: February 19, 2014

_____
MAXINE M. CHESNEY
United States District Judge