| | |
|---|---|
| COURTLAND L. REICHMAN (SBN: 268873) | SASHA G. RAO (SBN: 244303) |
| creichman@mckoolsmith.com | sasha.rao@bingham.com |
| MCKOOL SMITH HENNIGAN, P.C. | BRANDON H. STROY (SBN: 289090) |
| 255 Shoreline Drive, Suite 510 | Brandon.stroy@bingham.com |
| Redwood Shores, CA  94065 | BINGHAM MCCUTCHEN LLP |
| Telephone:  (650) 394-1400 | 1117 S. California Avenue |
| Facsimile:  (650) 394-1422 | Palo Alto, CA  94304-1106 |
| | Telephone:  (650) 849-4400 |
| Attorneys for Defendants | Facsimile:  (650) 849-4800 |
| EOLAS TECHNOLOGIES INCORPORATED; | |
| and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | Attorneys for Plaintiff |
| | J.C. PENNEY CORPORATION, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

J.C. PENNEY CORPORATION, INC.,  )
                       Plaintiff,  )  Case No. 3:13-cv-06003-MMC
    vs.  )
                            )  **JOINT STIPULATION AND [PROPOSED]**
EOLAS TECHNOLOGIES  )  **ORDER EXTENDING TIME FOR**
INCORPORATED; and THE REGENTS OF  )  **DEFENDANTS TO REPLY TO**
THE UNIVERSITY OF CALIFORNIA,  )  **PLAINTIFF'S OPPOSITION TO**
                             )  **DEFENDANTS' MOTION TO DISMISS**
                 Defendants.  )  **FOR LACK OF JURISDICTION (D.I. 27)**
                             )

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff J.C. Penney Corporation, Inc. ("JCP") and Defendants Eolas Technologies Incorporated and The Regents of the University of California (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on January 7, 2014 and January 6, 2014, JCP served its complaint upon Defendants;

WHEREAS, on January 23, 2014, at the request of Defendants, the parties agreed to mutual 14 day extensions for Defendants to respond to JCP's complaint;

WHEREAS, on January 23, 2014, this Court granted the parties stipulation;

WHEREAS, on February 7, 2014, Defendants filed a motion to dismiss for lack of jurisdiction in response to JCP's complaint;

WHEREAS, on February 14, 2014, the parties filed a joint stipulation to extend deadlines for: 1) JCP to respond to Defendants' motion to dismiss for lack of jurisdiction to March 7, 2014; and 2) Defendants to reply to JCP's opposition to Defendants' motion to dismiss for lack of jurisdiction to March 14, 2014;

WHEREAS, on February 18, 2014, this Court granted the parties stipulation and set Defendants' motion to dismiss for lack of jurisdiction for hearing on March 28, 2014;

WHEREAS, on February 19, 2014, the parties filed a joint stipulation requesting the hearing on Defendants' motion to dismiss for lack of jurisdiction be noticed on or after April 4, 2014, or as soon thereafter at the Court's convenience;

WHEREAS, on February 19, 2014, this Court rescheduled the hearing on Defendants' motion to dismiss for lack of jurisdiction for April 4, 2014 at 9:00 a.m.; and

WHEREAS, on March 7, 2014, JCP filed its opposition to Defendants' motion to dismiss for lack of jurisdiction.

JOINT STIPULATION AND [PROPOSED] ORDER                    2                    CASE NO. 3:13-CV-06003-MMC

McKool 973701v1

NOW THEREFORE the parties, through their undersigned counsel, hereby stipulate and request that the Court grant, pursuant to Civil L.R. 6-2, that the time for Defendants to reply to JCP's opposition to Defendants' motion to dismiss for lack of jurisdiction be extended by three days to March 17, 2014.

IT IS SO STIPULATED.

Dated this March 13, 2014.  MCKOOL SMITH HENNIGAN, P.C.

By: */s/ Courtland L. Reichman*
COURTLAND LEWIS REICHMAN
(SBN 268873)
creichman@mckoolsmith.com
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422

Attorneys for Defendants EOLAS TECHNOLOGIES INCORPORATED; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Dated this March 13, 2014.  BINGHAM MCCUTCHEN LLP

By: */s/ Sasha G. Rao*
SASHA G. RAO (SBN: 244303)
sasha.rao@bingham.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Attorneys for Plaintiff
J.C. PENNEY CORPORATION, INC.

I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated this March 13, 2014.  */s/ Courtland L. Reichman*
Courtland L. Reichman

JOINT STIPULATION AND [PROPOSED] ORDER   3   CASE NO. 3:13-CV-06003-MMC

McKool 973701v1

# [PROPOSED] ORDER

The Court having considered the stipulation of the parties, orders that the time for Defendants to reply to JCP's opposition to Defendants' motion to dismiss for lack of jurisdiction is extended by three days to until March 17, 2014.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: __March 14__, 2014                  _____
                                            Honorable Maxine M. Chesney
                                            United States District Judge