Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

J.C. PENNEY CORPORATION, INC.,                    )
                                                  )    Case No: 3:13-cv-06003
                              Plaintiff(s),       )
                                                  )    **APPLICATION FOR**
             v.                                   )    **ADMISSION OF ATTORNEY**
                                                  )    **PRO HAC VICE**
EOLAS TECHNOLOGIES INC., et al                    )    (CIVIL LOCAL RULE 11-3)
                                                  )
                              Defendant(s).       )
                                                  )

　　　I, Joshua W. Budwin                    , an active member in good standing of the bar of
the State of Texas            , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Defendants Eolas and Regents            in the
above-entitled action. My local co-counsel in this case is Courtland L. Reichman, SBN 268873 , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McKool Smith PC, 300 W. 6th Street, Suite 1700, Austin, TX 78701 | McKool Smith Hennigan PC, 255 Shoreline Drive, Suite 510, Redwood Shores, CA 94065 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (512) 692-8700 | (650) 394-1400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jbudwin@mckoolsmith.com | creichman@mckoolsmithhennigan.com |

　　　I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 24050347          .

　　　A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

　　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/18/14                                         Joshua W. Budwin
                                              _____
                                                         APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　　IT IS HEREBY ORDERED THAT the application of Joshua W. Budwin            is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:   March 20, 2014
                                              _____
                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*