Case 3:13-cv-06003-JST   Document 42   Filed 03/20/14   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J.C. PENNEY CORPORATION, INC.,

           Plaintiff(s),

   v.

EOLAS TECHNOLOGIES INC., et al.

           Defendant(s).

Case No: 3:13-cv-06003

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, Kevin L. Burgess, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Eolas Technologies & The Regents of UC in the above-entitled action. My local co-counsel in this case is Courtland L. Reichman, SBN 268873, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| McKool Smith, PC, 300 W. 6th Street, Suite 1700, Austin, TX 78701 | McKool Smith Hennigan, PC, 255, Shoreline Drive, Suite 510, Redwood Shores, CA 94065 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (512) 692-8700 | (650) 394-1400 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| kburgess@mckoolsmith.com | creichman@mckoolsmithhennigan.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24006927.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/18/14

                                          Kevin L. Burgess
                                          APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kevin L. Burgess is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 20, 2014

                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE