UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>EOLAS TECHNOLOGIES INCORPORATED, et al.,<br><br>    Defendants. | Case No. 13-cv-05997-JST<br><br>**ORDER TO SHOW CAUSE RE: POTENTIALLY RELATED CASE AND VACATING MOTION HEARING**<br><br>Re: <u>J.C. Penney Corporation, Inc. v. Eolas Technologies Inc.</u>, Case No. 13-cv-6003-MMC |

Pursuant to Civil Local Rule 3-12, and in light of Defendants' statement concerning the relationship of the above-captioned matter to another matter filed in this Court, <u>see</u> Mot. to Dismiss, ECF No. 25 at 1 n.1 ("Because the complaints are substantially similar, Eolas and the Regents address similar motions to each court"), the Court hereby ORDERS the parties in the above-captioned matter and in the potentially related matter, <u>J.C. Penney Corporation, Inc. v. Eolas Technologies Inc.</u>, Case No. 13-cv-6003-MMC, to respond to this Order to Show Cause as follows:

    1.    All parties in either action believing the actions are related within the meaning of Civil Local Rule 3-12 shall file a <u>joint</u> brief of not more than ten pages in support of relation by April 11, 2014. All parties in either action believing the actions are not related within the meaning of Civil Local Rule 3-12 shall file a <u>joint</u> brief of not more than ten pages in opposition to relation by April 11, 2014.

    2.    The party or parties supporting relation may file a joint response brief of not more than five pages by April 18, 2014. The party or parties opposing relation may file a joint response brief of not more than five pages by April 18, 2014.

/ / /

3. All parties in both actions shall appear for a hearing on this matter on April 25, 2014, at 2:00 p.m.

4. The hearing on Defendants' motion to dismiss, ECF No. 25, in the above-captioned matter currently scheduled for April 3, 2014 at 2:00 p.m., is hereby VACATED. The parties in the above-captioned matter should expect to address the effect of relation or non-relation on the case schedule at the hearing on this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: March 28, 2014

_____
JON S. TIGAR
United States District Judge