IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J.C. PENNEY CORPORATION, INC.,

    Plaintiff,

v.

EOLAS TECHNOLOGIES INCORPORATED, et al.,

    Defendants.

No. C 13-6003 MMC

**ORDER VACATING APRIL 4, 2014 HEARING ON DEFENDANTS' MOTION TO DISMISS**

In light of the Order to Show Cause Re: Potentially Related Case, issued today's date by the Honorable Jon S. Tigar in Case No. C 13-5997 JST, and filed both in that action and the above-titled action, the hearing on defendants' Motion to Dismiss, presently scheduled for April 4, 2014, is hereby VACATED pending Judge Tigar's ruling on the parties' response(s) to the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: March 28, 2014

MAXINE M. CHESNEY
United States District Judge