IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C. PENNEY CORPORATION,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>EOLAS TECHNOLOGIES INCORPORATED; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendants.<br>_____/ | No. C 13-6003 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO FILE PROOF OF SERVICE OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

　　Before the Court is defendants Eolas Technologies Incorporated ("Eolas") and the Regents of the University of California's ("Regents") Administrative Motion to File Documents Under Seal, filed March 17, 2014.  By said motion, defendants seek leave to file under seal certain documents filed under seal in a prior action, Eolas Techs., Inc. et al. v. Adobe Sys. Inc, et al., C 09-0446 (E.D. Texas) ("the Texas action"), and which, according to Eolas and the Regents, contain material designated as confidential by the defendants in that action, one of which was J.C. Penney Corporation ("J.C. Penney"), the plaintiff in the instant action.

　　Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by "an opposing party or a non-party," see Civil L.R. 79-5(e), the submitting party must file a motion for a sealing order, see Civil L.R. 79-5(d),

serve the declaration in support of such motion on such "Designating Party" the same day, see Civil L.R. 79-5(e), and file proof of such service, see id.  Thereafter, "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of the designated information is sealable." Id. at 79-5(e)(1).  "If the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied, the Submitting Party may file the document in the public record no earlier than 4 days, and no later than 10 days, after the motion is denied." Id. at 79-5(e)(2).

Although, J.C. Penney, which was served with the above-referenced motion and declaration electronically, has not filed a responsive declaration to said motion, Eolas and the Regents have failed to file proof that they served their supporting declaration on the other Designating Parties, i.e., the other defendants in the Texas action.

Accordingly, Eolas and the Regents are hereby DIRECTED to file, no later than April 11, 2014, proof of such service on the other defendants in the Texas action, so as to allow such other Designating Parties the opportunity to file declarations establishing the documents are sealable.

**IT IS SO ORDERED.**

Dated: March 31, 2014

MAXINE M. CHESNEY  
United States District Judge