Courtland L. Reichman, SBN 268873
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1400; Fax: (650) 394-1422
creichman@mckoolsmith.com

Kevin L. Burgess, TX SBN 24006927 (*Admitted Pro Hac Vice*)
John B. Campbell, TX SBN 24036314  (*Admitted Pro Hac Vice*)
Joshua W. Budwin, TX SBN 24050347 (*Admitted Pro Hac Vice*)
J.R. Johnson, II, TX SBN 24070000  (*Admitted Pro Hac Vice*)
Jennifer A. Albert, SBN 24087087  (*Admitted Pro Hac Vice*)
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
kburgess@mckoolsmith.com
jcampbell@mckoolsmith.com
jbudwin@mckoolsmith.com
jjohnson@mckoolsmith.com
jalbert@mckoolsmith.com

Attorneys for Defendants
Eolas Technologies Incorporated;
and The Regents of the University of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.C. PENNEY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>EOLAS TECHNOLOGIES INCORPORATED; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>Defendants. | Case No. 3:13-cv-06003-MMC<br><br>JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE;<br><br>ORDER THEREON |

1

JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE
3:13-cv-06003-MMC

1   Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiff J.C. Penney Corporation, Inc.
2  ("JCP") and Defendants Eolas Technologies Incorporated and The Regents of the University of
3  California (collectively, "Defendants") hereby stipulate through their respective counsel of
4  record as follows:

5   WHEREAS, on February 7, 2014, Defendants filed a motion to dismiss for lack of
6  jurisdiction in response to JCP's complaint;

7   WHEREAS, on March 7, 2014, JCP filed its opposition to Defendants' motion to dismiss
8  for lack of jurisdiction;

9   WHEREAS, on March 17, 2014, Defendants filed their reply to JCP's opposition to
10 Defendants' motion to dismiss for lack of jurisdiction;

11  WHEREAS, on March 28, 2014, the Court vacated the hearing on Defendants' motion to
12 dismiss in light of the Order to Show Cause Re: Potentially Related Case issued by the
13 Honorable Jon. S. Tigar;

14  WHEREAS, Judge Tigar has set a hearing on the Order to Show Cause for April 25,
15 2014 at 2:00 p.m.

16  WHEREAS, an Initial Case Management Conference in this action is scheduled for
17 May 9, 2014 at 10:30 a.m.; and

18  WHEREAS, both parties have agreed to reschedule the May 9, 2014 Initial Case
19 Management Conference to allow for the Court to rule on the Order to Show Cause and
20 Defendants' motion to dismiss.

21  IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their
22 respective counsel of record and with the permission of the Court, that the Initial Case
23 Management Conference in this action shall be continued to Friday, June 6, 2014 at 10:30 a.m.
24 The parties shall file a Joint Case Management Statement on or before Friday, May 23, 2014.

Dated: April 17, 2014                    Respectfully submitted,


                                  BINGHAM MCCUTCHEN LLP

                                  By:  */s/ Brandon Stroy*_____

                                      Sasha G. Rao (SBN: 244303)
                                      sasha.rao@bingham.com
                                      Brandon H. Stroy (SBN: 289090)
                                      Brandon.stroy@bignham.com
                                      BINGHAM MCCUTCHEN LLP
                                      1117 S. California Avenue
                                      Palo Alto, CA 94304-1106
                                      Telephone: (650) 849-4400
                                      Facsimile: (650) 849-4800

                                      Attorneys for Plaintiff
                                      J.C. PENNEY CORPORATION, INC.


                                    MCKOOL SMITH, P.C.

                                  By:  */s/ J.R. Johnson*_____
                                     J.R. Johnson (*Admitted pro hac vice*)
                                     jjohnson@mckoolsmith.com
                                     MCKOOL SMITH PC
                                     300 W 6th St., Suite 1700
                                     Austin, TX 78701
                                     Telephone:
                                     Facsimile:

                                     Attorneys for Defendants
Dated: April 17, 2014                  EOLAS TECHNOLOGIES INCORPORATED
                                     and THE REGENTS OF THE UNIVERSITY
                                     OF CALIFORNIA


     I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.


Dated: April 17, 2014                  */s/ J.R. Johnson*_____
                                   J.R. Johnson

# [PROPOSED] ORDER

The Court having considered the stipulation of the parties, orders as follows:

- The parties shall file a Joint Case Management Statement on or before Friday, ~~May~~ June 13 ~~23~~, 2014; and

- The Initial Case Management Conference in this action shall be continued to Friday, June ~~6~~ 20, 2014 at 10:30 a.m.~~, or as soon thereafter at the Court's convenience.~~

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: __April 18__, 2014              */s/ Maxine M. Chesney*

Honorable Maxine M. Chesney

United States District Judge