| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>Sasha G. Rao (SBN 244303)<br>sasha.rao@bingham.com<br>Brandon H. Stroy (SBN 289090)<br>brandon.stroy@bingham.com<br>1117 S. California Avenue<br>Palo Alto, California 94304-1106<br>Telephone: 650.849.4400<br><br>J. C. PENNEY CORPORATION, INC.<br>dlettell@jcp.com<br>DIANE K. LETTELLEIR (*pro hac vice*)<br>6501 Legacy Drive M.S. 1111<br>Plano, TX 75024<br>Telephone: 972.431.5012<br><br>Attorneys for Plaintiff<br>J. C. PENNEY CORPORATION, INC. | COURTLAND L. REICHMAN (SBN: 268873)<br>creichman@mckoolsmith.com<br>MCKOOL SMITH HENNIGAN, P.C.<br>255 Shoreline Drive, Suite 510<br>Redwood Shores, CA 94065<br>Telephone: (650) 394-1400<br>Facsimile: (650) 394-1422<br><br>KEVIN L. BURGESS (pro hac vice)<br>kburgess@mckoolsmith.com<br>JOHN B. CAMPBELL (pro hac vice)<br>jcampbell@mckoolsmith.com<br>J.R. JOHNSON, II (pro hac vice)<br>jjohnson@mckoolsmith.com<br>JENNIFER A. ALBERT (pro hac vice)<br>jalbert@mckoolsmith.com<br>JOSHUA W. BUDWIN (pro hac vice)<br>jbudwin@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 W. 6th Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: (512)692-8700;<br>Facsimile: (512)692-8744<br><br>Attorneys for Defendants<br>EOLAS TECHNOLOGIES INCORPORATED; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. C. PENNEY CORPORATION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>EOLAS TECHNOLOGIES INCORPORATED; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>    Defendants. | No. 3:13-CV-06003-JST<br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR J. C. PENNEY CORP., INC. TO RESPOND TO DEFENDANTS' SECOND MOTION TO DISMISS AND TO DEFENDANTS' COUNTERCLAIMS, AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rules 6-2, 16-2, and 7-12, Plaintiff J. C. Penney Corporation, Inc. ("JCP") and Defendants Eolas Technologies Incorporated and The Regents of the University of California (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on January 6, 2014 and January 7, 2014, JCP served its complaint upon Defendants;

WHEREAS, on December 31, 2013, the Court set an Initial Case Management Conference for April 29, 2014;

WHEREAS, on January 23, 2014, the parties filed a stipulation to extend the deadline for Defendants to answer or otherwise respond to JCP's complaint to February 7, 2014;

WHEREAS, on January 23, 2014, the Court granted the parties' January 23, 2014 stipulation;

WHEREAS, on February 7, 2014, Defendants filed a motion to dismiss for lack of jurisdiction in response to JCP's complaint;

WHEREAS, on February 14, 2014, the parties filed a stipulation to extend the deadline for JCP to respond to Defendants' motion to dismiss for lack of jurisdiction until March 7, 2014, and to extend the deadline for Defendants to reply to JCP's opposition until March 14, 2014;

WHEREAS, on February 18, 2014, the Court granted the parties' February 17, 2014 stipulation;

WHEREAS, on March 13, 2014, the parties filed a stipulation to extend the deadline for Defendants to reply to JCP's opposition to Defendants' motion to dismiss for lack of jurisdiction until March 17, 2014;

WHEREAS, on March 14 2014, the Court granted the parties' March 13, 2014 stipulation;

WHEREAS, on April 17, 2014, the parties filed a stipulation to continue the Initial Case Management Conference to allow for the Court to rule on Defendants' motion to dismiss for lack of jurisdiction;

1  WHEREAS, on April 18, 2014, the Court continued the Initial Case Management
2  Conference until June 20, 2014;

3  WHEREAS, on April 18, 2014, the Court further continued the Initial Case Management
4  Conference until June August 20, 2014;

5  WHEREAS, on July 8, 2014, Defendants' filed their answer and counterclaims to JCP's
6  complaint, and filed a motion to dismiss counterclaims;

7  WHEREAS, JCP's response to Defendants' motion to dismiss is currently due July 22,
8  2014;

9  WHEREAS, Defendants' reply to JCP's response to Defendants' motion to dismiss is
10 currently due July 29, 2014;

11 WHEREAS, JCP's response to Defendants' counterclaims is currently due August 1,
12 2014;

13 NOW THEREFORE the parties through their undersigned counsel hereby stipulate and
14 request that the Court grant, pursuant to Civil L.R. 6-2 that:

- The time to file JCP's opposition to Defendants' motion to dismiss be extended until August 19, 2014;
- The time to file the Defendants' reply to JCP's opposition be extended until September 9, 2014;
- The hearing for the Defendant's motion to dismiss be noticed for October 9, 2014, or as soon thereafter at the Court's convenience;
- The time for JCP to respond to Defendants' counterclaims be extended until October 24, 2014; and
- The Initial Case Management Conference in this action be continued to Wednesday, December 10, 2014 at 2:00 p.m., or as soon thereafter at the Court's convenience.

IT IS SO STIPULATED.

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I hereby attest that concurrent in the filing of this document has been obtained for the other signatories in this e-filed document.

DATED: July 18, 2014

McKool Smith Hennigan, P.C.

By: */s/ Courtland L. Reichman*
Courtland L. Reichman
Attorneys for Defendants
EOLAS TECHNOLOGIES INCORPORATED AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: July 18, 2014

Bingham McCutchen LLP

By: */s/ Sasha G. Rao*
Sasha G. Rao
Attorneys for Plaintiff
J.C. PENNEY CORPORATION

4

**[PROPOSED] ORDER**

The Court having considered the stipulation of the parties, orders as follows:

- The time to file JCP's opposition to Defendants' motion to dismiss is extended until August 19, 2014;
- The time to file the Defendants' reply to JCP's opposition is extended until September 9, 2014;
- The hearing for the Defendant's motion to dismiss is noticed for October 9, 2014, or as soon thereafter at the Court's convenience; and
- The time for JCP to respond to Defendants' counterclaims is extended until October 24, 2014;
- The Initial Case Management Conference in this action is continued to Wednesday, December 10, 2014 at 2:00 p.m.
- The parties shall file a Joint Case Management Statement on or before Wednesday, December 3, 2014.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated:  __July 21__, 2014           _____

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

-1-

Case No. 3:13-CV-06003-JST
JOINT STIPULATION FOR EXTENSION OF TIME