UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C. PENNEY CORPORATION, INC.,<br>　　　　Plaintiff,<br>　　v.<br>EOLAS TECHNOLOGIES INC., et al.,<br>　　　　Defendants. | Case No. 13-cv-06003-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br>Re: ECF No. 71 |

The parties have filed a stipulation of dismissal dated August 19, 2014, stating that they have agreed to a settlement of this action. ECF No. 71. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Defendant Eolas Technologies, Inc.'s counterclaims against Plaintiff for infringement of the '293 and '662 patents are dismissed with prejudice, as are any claims of infringement Defendant The Regents of the University of California may have against Plaintiff with regard to the '293 and '662 patents. ECF No. 71 at 2. Plaintiff's claims for declaratory judgment of non-infringement of the same patents against Defendants are dismissed without prejudice. Id. Any other claim Defendants may have against Plaintiff in any other patent or patent application are dismissed without prejudice.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 19, 2014

_____
JON S. TIGAR
United States District Judge